ACCEPTED
12-15-00145-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/24/2015 4:49:31 PM
CATHY LUSK
CLERK

CAUSE NUMBERS 12-15-00145-CR,
12-15-00146-CR & 12-15-00147-CR

BRITTANY MICHELLE BARRETT         §         IN THE

VS.         §         TWELFTH COURT

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/24/2015 4:49:31 PM
CATHY S. LUSK
Clerk

THE STATE OF TEXAS         §         OF APPEALS

MOTION TO
EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2.    The case below was styled  State of Texas v. Brittany Michelle Barrett and numbered 114-0873-12, 114-0874-12 and 114-0875-12.

3.    Appellant was convicted of Aggravated Assault with a Deadly Weapon, Aggravated Assault with a Deadly Weapon, and Aggravated Assault with a Deadly Weapon.

4.    Appellant was assessed a sentence of fifteen (15) years confinement in TDCJ-ID on each case.

5.    Notice of Appeal was given on June 2, 2015.

6.    The Clerk's Record was filed on June 3, 2015 and supplemented on June 5, 2015; the Reporter's Record was filed on July 24, 2015.

7.    The Appellant's Brief is due on August 24, 2015.  Counsel requests the Court an extension of thirty (30) days due to the number of briefs with deadlines.

8.    Appellant requests an extension of time due to the following facts and circumstances.

Prior to the Reporter's Record in this case being completed, Counsel has filed:

A. Appellant's Brief in <u>Ricky Harris v. State of Texas,</u> cause number 12-15-00104-CR on July 20, 2015;

B. Appellant's Brief in <u>Oscar Perkins v. State of Texas,</u> cause number 12-15-00001-CR on July 22, 2015; and

C. Appellant's Brief in <u>Charlie Motes v. State of Texas,</u> cause number 12-15-00111-CR on August 24, 2015.

9. Counsel has appeared in numerous hearings in state and federal court over the last thirty days, including hearings in the Eastern District of Texas - Tyler Division, and hearings in Smith and Van Zandt Counties.

10. Additionally, Counsel is also on the planning committee for, and attended the State Bar of Texas Advanced Criminal Law Course in San Antonio on July 27th through 30th, 2015 and was the moderator for the half day panel on July 30th.

11. Lastly, Appellant's Counsel has the following briefs pending:

A. Appellant's Brief in <u>Harold Bass, Jr. v. State of Texas,</u> cause number 12-15-00071-CR on August 31, 2015;

B. Appellant's PDR in <u>Steven Goode v. State of Texas,</u> cause number PD-1014-15 on August 31, 2015 with no further extensions;

C. Appellant's Brief in <u>Christopher McLemore v. State of Texas,</u> cause number 12-15-00091-CR on September 4, 2015 with no further extensions;

D. Appellant's Brief in <u>Joe Lynn Pittman v. State of Texas,</u> cause number 12-15-00009-CR on September 11, 2015 with no further extensions;

E. Appellant's Brief in <u>Hubert Benjamin v. State of Texas,</u> cause number 12-15-00172-CR on September 21, 2015.

F. Appellant's Brief in <u>John Congleton v. State of Texas,</u> cause number 12-15-00124-CR when reset by the Court;

G. Appellant's Brief in <u>Gaylord Stevens v. State of Texas,</u> cause numbers 12-15-00162-CR, 12-15-00163-CR and 12-15-00164-CR upon the

completion of the Reporter's Record; and

H.      Appellant's Brief in <u>Sidney Lynch v. State of Texas,</u> cause number 12-15-00167-15 upon the completion of the Reporter's Record.

12.     Appellant requests an extension of time due to the above referenced facts and circumstances.

13.     Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of thirty (30) days, and for such other and further relief as the Court may deem appropriate.


Respectfully submitted,


Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830
Jhugglerlaw@sbcglobal.net

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

CERTIFICATE OF SERVICE

This is to certify that on August 24, 2015, a true and correct copy of the above and foregoing document was served on Mike West, Smith County District Attorney, 100 North Broadway Ave., Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.


/S/ James W. Huggler, Jr.
James W. Huggler, Jr.